

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2014

No. 04-13-00487-CR

Elbert Lee **SANDERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 54th District Court, McLennan County, Texas
Trial Court No. 2012-327-C2
Honorable Matt Johnson, Judge Presiding

# O R D E R

The State's motion for extension of time to file the brief is GRANTED.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2014.

Keith E. Hottle
Clerk of Court